UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


JOSEPH NIETO,                                )
      Plaintiff,                          )
                                             )
v.                                           )          **JUDGMENT**
                                             )
                                             )          No. 5:19-CV-93-FL
                                             )
ANDREW SAUL                                  )
*Commissioner of Social Security*            )
               Defendant.   )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 12, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on December 12, 2019, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason  (via CM/ECF Notice of Electronic Filing)


December 12, 2019                          PETER A. MOORE, JR. CLERK
                                            /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk